IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DELVIN STAFFORD,            )
                            )
        Plaintiff,           )
                            )
    v.                      )       1:20-cv-731
                            )
SERGEANT STOUT, CAPTAIN     )
ROGERS, and OFFICER LAND,   )
                            )
        Defendant(s).        )

### ORDER

On April 19, 2023, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 44, 45.) No objections were filed within the time limits prescribed by § 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 44), is **ADOPTED. IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment as to all Claims, (Doc. 30), is **GRANTED IN PART** and **DENIED IN PART AS MOOT,** Defendants' Motion to Seal, (Doc. 40), is **DENIED AS MOOT,** and Plaintiff's medical records, (Doc. 41) shall be **STRICKEN.**

**IT IS FURTHER ORDERED** that this action be, and is hereby, **DISMISSED.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 24th day of July, 2023.

                                                 /s/ William L. Osteen, Jr.
                                           United States District Judge